UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SANDRA CLINE, | Civil No. 3:22-CV-05062-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision regarding Plaintiff's application for Supplemental Security Income benefits under Title XVI of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ). On remand, the ALJ will further evaluate Plaintiff's allegations regarding gastroparesis; reassess the residual functional capacity; and proceed through the sequential evaluation as necessary.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Page 1    ORDER - [3:22-CV-05062-MAT]

DATED this 26th day of May, 2022.

*[signature]*
MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Heidi L. Triesch
HEIDI L. TRIESCH
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
heidi.triesch@ssa.gov